**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

SEP 10 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TALMADGE ADIB TALIB,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>PETER NICHOLAS, (Alleged Deputy) In His Individual Capacity; EDWARD GONZALVES, (Alleged Deputy) In His Individual Capacity; MOYER, (Alleged Deputy) In His Individual Capacity; ANTONIO SANCHEZ, (Alleged Deputy) In His Individual Capacity; ELIEZER VERA, (Captain-So.L.A. Sheriff's Station) In His Individual Capacity; FRED NUNES, (Alleged Deputy) In His Individual Capacity,<br><br>Defendants-Appellees,<br><br>and<br><br>ROB VAN LINGEN; MIGUEL; JOHN GUERRERO; STEPHEN PARK; JOHN DOE SWANSON; JOHN DOE ANDERSON; JOHN DOE ROMERO; JOHN DOE HOOPER; JOHN DOE MARCHELLO; ALEX GILLINETS; | No.    19-56217<br><br>D.C. No.<br>2:14-cv-05871-JAK-DFM<br><br>MEMORANDUM[*] |

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

JAMES NORTH; RICH KIGUELMAN;
LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT,

          Defendants.

Appeal from the United States District Court
for the Central District of California
John A. Kronstadt, District Judge, Presiding

Submitted September 9, 2021[**]

Before: FERNANDEZ, SILVERMAN, and NGUYEN, Circuit Judges

Talmadge Talib appeals the district court's summary judgment in favor of the defendants in his 42 U.S.C. § 1983 action alleging constitutional violations arising out of traffic stops. We have jurisdiction pursuant to 28 U.S.C. § 1291 and affirm.

We decline to consider the constitutional right to travel claim raised for the first time on appeal. *Dream Palace v. Cnty. of Maricopa,* 384 F.3d 990, 1005 (9th Cir. 2004). Appellant waived in his opening brief his remaining claims and any further challenges to the district court's decision. *See Ghahremani v. Gonzales,*

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

498 F.3d 993, 997-98 (9th Cir. 2007) (issues not supported by argument or discussed in the body of the opening brief are waived).

**AFFIRMED.**